# Court of Appeals, State of Michigan

## ORDER

Detroit Club Holdings LLC v Jay Edward

Docket No. 340874

LC No. 16-015714-AV

Jane M. Beckering
Presiding Judge

Mark J. Cavanagh

Amy Ronayne Krause
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's for publication opinion issued June 18, 2019 is hereby VACATED. A new unpublished opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 1 3 2019
Date

Chief Clerk